# United States Bankruptcy Court
## District of Colorado

In re  **Mountain City Meat Co., Inc.**
                                        Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MCMC Holding Company, Inc.<br>5905 E. 42nd Avenue<br>Denver, CO 80216 | Common | 100% | Common |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Agent of Alliance Management, Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  September 24, 2011          Signature  /s/ Alex G. Smith
                                             **Alex G. Smith**
                                             Agent of Alliance Management, Chief Restructuring Officer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.