# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>MOUNTAIN CITY MEAT CO., INC.<br><br>EIN: 84-1057712<br><br>Debtor. | Case No. 11-32656<br>Chapter 11 |

## NOTICE OF TIME AND PLACE OF HEARING ON DEBTOR'S MOTIONS SEEKING EXPEDITED ENTRY OF ORDERS

A HEARING HAS BEEN SET on Debtor's Motions Seeking Expedited Entry of Orders.

The date, time and place of the hearing are as follows:

Date: September 27, 2011
Time: 2:30 PM
Court: United States Bankruptcy Court
       Byron G. Rogers U.S. Courthouse
       1929 Stout Street, Courtroom C-203
       Denver, Colorado

Dated: September 24, 2011.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By:   *s/Michael J. Pankow*
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
Heather E. Schell, #38931
410 17th Street, Suite 2200
Denver, Colorado  80202
Telephone:  (303) 223-1100
Facsimile:  (303) 223-1111
mpankow@bhfs.com
dgarfield@bhfs.com
hschell@bhfs.com

*Proposed Attorneys for the Debtor*

10248\9000\1581104.1