B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Colorado

In re   Mountain City Meat Co., Inc.
                  Debtor(s)

Case No.   11-32656 HRT
Chapter    11

## CORRECTED* LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ORLEANS INT. CO. INC<br>30600 NORTHWESTERN HWY<br>SUITE #300<br>FARMINGTON HILLS, MI 48334 | ORLEANS INT. CO. INC<br>30600 NORTHWESTERN HWY<br>SUITE #300<br>FARMINGTON HILLS, MI 48334 | | | 1,744,721.45 |
| WOLVERINE PACKING CO<br>2535 Revard St.<br>Detroit, MI 48207 | WOLVERINE PACKING CO<br>2585 Revard St.<br>Detroit, MI 48207 | | | 843,982.00 |
| HIGH COUNTRY MEATS<br>5140 RACE COURT<br>UNIT #8<br>DENVER, CO 80216 | Carol Mesenbrink<br>High Country Meats<br>3001 L Street<br>Omaha, NE 68107<br>402-731-1700 | | | 698,582.00 |
| TEAM PACKAGING INC<br>4744 FOREST ST.<br>UNIT E<br>DENVER, CO 80216 | TEAM PACKAGING INC<br>4744 FOREST ST.<br>UNIT E<br>DENVER, CO 80216 | | | 379,593.00 |
| JBS USA, INC<br>1770 PROMONTORY CIRCLE<br>GREELEY, CO 80634 | JBS USA, INC<br>1770 PROMONTORY CIRCLE<br>GREELEY, CO 80634 | | | 378,356.00 |
| XL MEATS<br>13220 St. Albert Trail<br>Edmonton BC, T5L 4W1 | XL MEATS<br>13220 St. Albert Trail<br>Edmonton BC, T5L 4W1 | | | 349,060.00 |
| NATIONAL BEEF PACKING CO., LLC<br>12200 NORTH AMBASSADOR DRIVE<br>KANSAS CITY, MO 64163-1244 | NATIONAL BEEF PACKING CO., LLC<br>12200 NORTH AMBASSADOR DRIVE<br>KANSAS CITY, MO 64163-1244 | | | 290,904.00 |
| TOTAL QUALITY LOGISTICS<br>1701 EDISON DRIVE<br>MILFORD, OH 45150 | TOTAL QUALITY LOGISTICS<br>1701 EDISON DRIVE<br>MILFORD, OH 45150 | | | 248,086.00 |
| BEEF PRODUCTS INC.<br>891 2 RIVERS DRIVE<br>DAKOTA DUNES, SD 57049 | Mike Hesse<br>Beef Products Inc.<br>891 2 Rivers Drive<br>Dakota Dunes, SD 57049 | | | 244,260.00 |

*To show correct case number and correct address for XL Meats and Wolverine Packing Co.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Mountain City Meat Co., Inc.**          Case No. **11-32656**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TEMPLE-INLAND<br>1300 S. MOPAC EXPRESSWAY<br>AUSTIN, TX 78746 | TEMPLE-INLAND<br>1300 S. MOPAC EXPRESSWAY<br>AUSTIN, TX 78746 | | | 213,782.00 |
| AIR LIQUIDE AMERICA CORP<br>2700 POST OAK BLVD., SUITE 1800<br>HOUSTON, TX 77056 | Credit Department<br>Air Liquide America Corp.<br>2700 Post Oak Blvd., Suite 1800<br>Houston, TX 77056<br>877.855.9533 | | | 184,110.00 |
| JOHN R MORREALE, INC.<br>216 N. PEORIA<br>CHICAGO, IL 60607 | JOHN R MORREALE, INC.<br>216 N. PEORIA<br>CHICAGO, IL 60607 | | | 163,261.00 |
| WAYPOINT LOGISTICS, LLC<br>415 YUMA STREET<br>DENVER, CO 80204 | WAYPOINT LOGISTICS, LLC<br>415 YUMA STREET<br>DENVER, CO 80204 | | | 150,791.00 |
| ROPES & GRAY LLP<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110-2624 | ROPES & GRAY LLP<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110-2624 | | | 121,506.00 |
| QVEST, LLC<br>RR1 BOX 81D<br>GOODWELL, OK 73939 | QVEST, LLC<br>RR1 BOX 81D<br>GOODWELL, OK 73939 | | | 118,063.00 |
| CARGILL FOOD DISTRIBUTION<br>4475 E 50TH AVE.<br>DENVER, CO 80216-3104 | Dennis White<br>Cargill Food Distribution<br>4475 E. 50th Ave.<br>Denver, CO 80216-3104<br>303.399.9515 | | | 113,038.00 |
| NOVAMARK, INC.<br>4265 E. FM 1187<br>Burleson, TX 76028 | NOVAMARK, INC.<br>4265 E. FM 1187<br>Burleson, TX 76028 | | | 109,472.00 |
| LINDE, INC.<br>575 MOUNTAIN AVE.<br>P.O. BOX 1047<br>NEW PROVIDENCE, NJ 07974 | LINDE, INC.<br>575 MOUNTAIN AVE.<br>P.O. BOX 1047<br>NEW PROVIDENCE, NJ 07974 | | | 107,186.00 |
| COLORADO MEAT PACKERS, INC.<br>4120 BRIGHTON BLVD.<br>UNIT B5<br>DENVER, CO 80216-0552 | Credit Department<br>Colorado Meat Packers, Inc.<br>4120 Brighton Blvd.<br>Unit B5<br>Denver, CO 80216-0552<br>303.295.0207 | | | 106,166.00 |
| TERPERATURE CONTROLLED<br>P.O. BOX 110306<br>NASHVILLE, TN 37222 | Eric George<br>Terperature Controlled<br>P.O. Box 110306<br>Nashville, TN 37222<br>615.331.0015 | | | 101,186.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Mountain City Meat Co., Inc.**                  Case No.   **11-32656**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Agent of Alliance Management, Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 26, 2011**        Signature   */s/* **Alex G. Smith**

                                                                   **Alex G. Smith**
                                                                   **Agent of Alliance Management, Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.