UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mountain City Meat Co., Inc. | ) | Case No. 11-32656 MER |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S APPOINTMENT
OF UNSECURED CREDITORS' COMMITTEE**

The United States Trustee hereby appoints the following persons/entities to the Official Unsecured Creditors Committee in the above case:

1. Wild Rose Meats, Inc.[1]
   10615 48th Street, Suite 114
   Calgary, Alberta
   T2C 2B7 Canada
   Attn:  Kelly Long
   Kelly.long@carmencreek.com
   Telephone:  403-215-2320
   fax: 403-215-2320

2. Magellan Freight Lines, LLC
   6211 E. 42nd Avenue Inc.
   Denver, CO 80216
   Attn: Michael Somers
   michael@magellanfreightlines.com
   Telephone:  303-520-5474
   Fax: 303-893-6893

3. Wayport Logistics, LLC
   6211 E. 42nd Avenue
   Denver, CO 80216
   Attn: Michael Somers
   michael@magellanfreightlines.com
   Telephone: 720-279-0158
   Fax: 303-893-6893

4. Linde, LLC
   575 Mountain Avenue
   Murray Hill, NJ 07974
   Attn: Jeffrey Johns
   jeffrey.johns@linde.com
   908-771-6039

5. Greater Omaha Packing Co.,
   d/b/a High Country Meats[2]
   P.O. Box 7566
   Omaha, NE 68107
   Attn: Carol Mesenbrink
   Carol@greateromaha.com
   Telephone: 402-731-1700 ext. 100
   Fax:  402-731-1700 ext. 100

---

[1] Represented by Brent R. Cohen, bcohen@rothgerber.com, 303-628-9521.

[2] Represented by Kimberley H. Tyson, ktyson@irelandstapelton.com, 303-623-2700.

Michael Somers is hereby designated as Chair of the Committee.  The UST reserves the right to add additional creditors to the Committee.

Dated:   October 6, 2011 	Respectfully submitted,

	RICHARD A. WIELAND
	UNITED STATES TRUSTEE

	/s/ Alison E. Goldenberg
	By: Alison E. Goldenberg #37138
	Trial Attorney for the U.S. Trustee
	999 18th Street, Suite 1551
	Denver, Colorado 80202
	(303) 312-7238 telephone
	(303) 312-7259 facsimile
	Alison.Goldenberg@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify on the 6th day of October 2011, that a copy of the United States Trustee's **UNITED STATES TRUSTEE'S APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was served by deposit in the United States Mail, postage prepaid to the following parties and parties listed on the creditor matrix:

Daniel J. Garfield
410 17th St.
22nd Fl.
Denver, CO 80202

Heather Schell
410 17th St.
Ste. 2200
Denver, CO 80202

Michael J. Pankow
410 17th St.
22nd Fl.
Denver, CO 80202

Mountain City Meat Co., Inc.
5905 E. 42nd Ave.
Denver, CO 80216

Brent R. Cohen, Esq.
Rothgerber Johnson & Lyons, LLP
One Tabor Center
1200 17th Street, Suite 3000
Denver, CO 80202-5855

Kimberley H. Tyson, Esq.
Ireland, Stapleton, Pryor & Pascoe, PC
1675 Broadway, Suite 2600
Denver, CO 80202

James T. Markus, #25065
John F. Young, #26989
Markus Williams Young & Zimmermann LLC
1700 Lincoln St., Suite 4000
Denver, Colorado 80203

Elizabeth K. Flaagan
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203-4532

Tennessee Department of Labor &
Workforce Dev-Boiler/Elevator Div.
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Darrell G. Waas
Patricia Campbell
Waas Campbell Rivera Johnson &
Velasquez LLP
1350 17th Street, Suite 450
Denver, CO 80202

Joshua W. Wofshohl
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002

/s/Nicole Nagler
Office of the United States Trustee