UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

| | |
|---|---|
| Date:   October 11, 2011 | HONORABLE HOWARD TALLMAN, Presiding |

| | | | |
|---|---|---|---|
| In re: | Mountain City Meat Co., Inc. | Debtor | Bankruptcy Case Nos. 11-29209-HRT (contested involuntary) and 1 l-32656-HRT (voluntary) |
| | | | Jointly Administered under Case No. 11-32656-HRT Chapter 11 |

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Michael Pankow |
| Creditor | Orleans International, Inc. | Counsel | John Wasserman |
| Creditor | National Beef Packing, Inc. | Counsel | John Wasserman, Michael Smith |
| Creditor | XL Foods Lakeside Packers, Inc. | Counsel | John Wasserman |
| Creditor | Unsecured Creditors' Committee | Counsel | J. Smiley, Hal Morris |
| Creditor | Fifth Third Bank | Counsel | John Young |
| Creditor | John R. Morreale, Inc. | Counsel | Joel Laufer |

Proceedings:          [ ] **Evidentiary Hearing**          [X] **Non-evidentiary Hearing**

Telephonic Hearing on the Motion to Continue October 14 Hearing on Alleged Debtor's Motion to Dismiss Involuntary Petition Hearing (docket #78 in 11-29209-HRT, #89 in 11-32656-HRT) filed by the Unsecured Creditors' Committee, and the Objection thereto (docket #79 in 11-29209-HRT, #91 in 11-32656-HRT) filed by the Petitioning Creditors.

[ ] Witnesses Sworn          [ ] See List Attached          [ ] Exhibits Admitted          [ ] See List Attached

[X]   The parties presented argument to the Court.

Orders:

[X]   For the reasons stated on the record, the Court granted the Motion to Continue. The Motion to Dismiss Involuntary Petition will be heard on **Wednesday, December 7, 2011, at 1:30 p.m.,** in Courtroom C203. The parties shall have from October 21, 2011, to November 23, 2011, to conduct discovery. Witness and exhibit lists must be filed by December 1, 2011.

[X]   On **Friday, October 21, 2011, at 9:00 a.m.,** in Courtroom C203, following the hearing on approval of the sale of the Debtor's assets, the Court will hold a status conference on the following motions filed in case number 11-29209-HRT: (1) Fifth Third Bank's Emergency Motion to Annul the Automatic Stay, Excuse Turnover and Request for Forthwith Hearing to Consider Interim Relief (docket #4) and the Petitioning Creditors' Objection (docket #9), and (2) the Emergency Motion For Turnover Of Meat (docket #42) filed by Central Beef Ind. LLC, and the Objections thereto filed by the Debtor (docket #51) and Fifth Third Bank (docket #55).

| | |
|---|---|
| Date:   October 11, 2011 | FOR THE COURT: *Bradford L. Bolton, Clerk of the Bankruptcy Court* |
| | By:    /s/ K. Lane Cutler           Judicial Law Clerk |