**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br><br>MOUNTAIN CITY MEAT CO., INC.<br><br>Debtor. | Bankruptcy Case Nos. 11-29209-HRT,<br>11-32656-HRT<br><br>Jointly Administered Voluntary and Contested<br>Involuntary Cases under<br>Case No. 11-32656-HRT<br><br>Chapter 11 |

**NOTICE OF ORDER APPROVING BID PROCEDURES AND**
**SETTING SALE OBJECTION DEADLINE**

**OBJECTIONS TO THE SALE DUE: OCTOBER 19, 2011**

**PLEASE TAKE NOTICE** that the Court has entered its Order Approving Bid Procedures (the "Order"), a copy of which is enclosed herewith, in connection with the Motion for (I) An Order Approving (a) Bid Procedures, (b) Notice of Sale, Auction, and Sale Hearing, (c) Assumption Procedures and Related Notices; and (II) An Order Approving the Sale of Substantially All of the Debtor's Assets, (Dkt. #15), filed by Mountain City Meat Co., Inc. (the "Debtor").

The bid procedures, including the deadline for timely submitting a bid for the sale of substantially all of the Debtor's assets (the "Assets") and the time and place of the auction, are set forth in the bid procedures attached to the Order as Exhibit 1.

Pursuant to the Order, if you object to the entry of an order approving the sale of the Assets, your objection must be filed and served so as to be **actually received** on or before **October 19, 2011**, on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely and substantiated objection by an interested party, the Court may approve or grant the aforementioned application without further notice to creditors or other interested parties.

Dated: October 13, 2011.

**BROWNSTEIN HYATT FARBER**
**SCHRECK, LLP**

By:_____*s/Heather E. Schell*_____
Michael J. Pankow, #21212
Daniel J. Garfield, #26054
Heather E. Schell, #38931
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com
dgarfield@bhfs.com
hschell@bhfs.com

*Attorneys for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2011, a true and correct copy of the **NOTICE OF ORDER APPROVING BID PROCEDURES AND SETTING SALE OBJECTION DEADLINE and the ORDER APPROVING BID PROCEDURES** was served via U.S. Mail, postage pre-paid, and properly addressed to the parties on the attached list and via Electronic Mail to all known parties that have previously expressed a bona fide interest in purchasing the Assets.

_____*s/Connie Windholz*_____
Connie Windholz, Paralegal

15368\6\1596624.1

A & K ICE
A & K DISTRIBUTION CO DBA
6330 N WASHINGTON, UNIT 6
Denver, CO 80216

A/C SERVICE - DONELSON AC
PO BOX 17102
NASHVILLE, TN 37217

ACCURATE FAB & FINISH, LLC
3303 EMPIRE STREET
EVANS, CO 80206

ADT SECURITY SERVICES
PO BOX 371967
PITTSBURGH, PA 15250

AETNA US HEALTHCARE
4643 S ULSTER STREET SUITE 1000
DENVER, CO 80237

AFFILIATED CASTER & WHEEL, INC
PO BOX 102556
DENVER, CO 80250-2556

AIR LIQUIDE AMERICA CORP
2700 POST OAK BLVD, SUITE 1800
HOUSTON, TX 77056

AIRGAS DRY ICE
PO BOX 120001 DEPT 0822
DALLAS, TX 75312-0822

AIT WORLDWIDE LOGISTICS
PO BOX 66730
CHICAGO, IL 60666-0730

ALL AMERICAN SEASONINGS, INC
10600 E 54TH AVE
UNITS B & C
DENVER, CO 80239

ALL PACKAGING MACHINERY CORP
90 13TH AVE, UNIT 10
RONKONKOMA, NY 11779-6819

ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902

Ally Financial f/k/a GMAC Inc.
Bankruptcy Departmetn
P.O. Box 130424
Roseville, MN 55113-0004

AMERICAN EXPRESS
GABE'S CARD
PO BOX 360001
FT LAUDERDALE, FL 33336-0001

AMERICAN FIRE PROTECTION INC
5525 EASTCLIFF INDUSTRIAL LOOP
BIRMINGHAM, AL 35210

APPLEBEE' S
11201 RENNER BLVD
LENEXA, KS 66219

APPLIED MICROWAVE TECHNOLOGY
INC
4115 THOMAS DR SW
CEDAR RAPIDS, IA 52404

ARAMARK UNIFORM & CAREER
APPAREL
6121 COCKRILL BEND CIRCLE
NASHVILLE, TN 37209

AT & T
PO BOX 78224
PHOENIX, AZ 85062-8224

AUTOMATED PROCESS SOLUTIONS
INC
2909 LITTLE COUNTRY RD
PARRISH, FL 34219-9003

AYERS FRONT RANGE LOCK & KEY
5665 W 109TH CIRCLE
WESTMINSTER, CO 80020

BAUGH SUPPLY CHAIN SERVICES
PO BOX 201853
HOUSTON, TX 77216-1853

BAVARIA CORPORATION
515 COOPER COMMERCE DRIVE
SUITE 100
APOPKA, FL 32703

BDI
604 FESSEY PARK RD
NASHVILLE, TN 37204

BEE TRUCKING
R RLMS, INC DBA
10155 W 74th PL
ARVADA, CO 80005

BEEF PRODUCTS INC
891  2 RIVERS DRIVE
DAKOTA DUNES, SD 57049

BELL-MARK CORPORATION
331 CHANGEBRIDGE ROAD
PO BOX 2007
PINE BROOK, NJ 07058-2007

Belt Power, LLC
2355 Church Rd
Smyrna, GA 30080

BERKLEY RISK ADMINISTRATORS
COMPANY
222 SOUTH NINTH STREET SUITE 1300
MINNEAPOLIS, MN 55402

BIOCONTROL SYSTEMS, INC
12822 SE 32ND STREET
BELLEVUE, WA 98005

BIOMEDIX/CLAVER E BUNDAC
3670 WEST TEMPLE AVE SUITE 196
POMONA, CA 91768

BIRKO
9152 YOSEMITE STREET
HENDERSON, CO 80640-8027

BLACKFORD WEIGHING SYSTEM
6992 S OWENS ST
LITTLETON, CO 80127-2811

BP Energy
Attn: Legal Department
1010 North 500 East Suite 200
North Salt Lake, UT 84054-1952

BROTHERS CUTLERY
3835 EAST 48TH AVE
DENVER, CO 80216

BROWN PACKING COMPANY INC
POST OFFICE BOX 130
GAFFNEY, SC 29342-0130

BUNZL PROCESSOR DIVISION
12240 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

BUSINESS RESOURCE SOLUTIONS
PAUL REED DBA
1585 MALLORY LANE, STE 105
BRENTWOOD, TN 37027

CH ROBINSON COMPANY
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

CARGILL FOOD DISTRIBUTION
4475 E 50TH AVE
DENVER, CO 80216-3104

CARLTON ELECTRIC, INC
1284 S CHEROKEE ST
DENVER, CO 80223

CARMEN CREEK GOURMET MEATS
1919B-4TH ST SW BOX 914
CALGARY AB T2S 1W4
CANADA

CARTER GROUP, LLC
517 HAGAN STREET
NASHVILLE, TN 37203

CATHERINE MILLER
PO BOX 1080
OWASSO, OK 74055

CDW DIRECT
200 N MILWAUKEE AVENUE
VERNON HILLS, IL 60061

CENTRAL BEEF INC LLC
PO BOX 399
CENTERHILL, FL 33514

CHAIN STORE GUIDE
3922 COCONUT PALM DRIVE
TAMPA, FL 33619

CHEMAQUA
PO BOX 152170
IRVING, TX 75015

CHEMSTATION INTERNATIONAL, INC
PO Box 931097
CLEVELAND, OH 44193

CHS
PP BOX 1099
HUTCHINSON, KS 67504-1099

CINTAS CORPORATION NO2 -
NASHVILLE
819 FESSLER PARKWAY
NASHVILLE, TN 37210

CINTAS FIRE PROTECTION
11411 EAST 51ST AVE
DENVER, CO 80239

CITICAPITAL COMMERCIAL CORP
PO BOX 3478
ENGLEWOOD, CO 80155-3478

City and County of Denver
Department of Finance
201 W Colfax Ave Dept 1009
Denver, CO 80202

City and County of Denver
Treasury Div. PO Box 17430
144 W Colfax Ave
Denver, CO 80202

City and County of Denver
201 W Third Ave.
Denver, CO 80202

COLONIAL LIFE
PO BOX 903
COLUMBIA, SC 29202-0903

COLOR BURST LANDSCAPES
PO BOX 1783
BRENTWOOD, TN 37024

COLORADO ATLANTIC EXPRESS LLC
PO BOX 16032
DENVER, CO 80216-0032

Colorado Dept of Labor and Employment
Unemployment Insurance Operations
PO Box 8789
Denver, CO 80201-8789

Colorado Dept of Revenue
1375 Sherman Street
Denver, CO 80261-0009

COLORADO MEAT PACKERS, INC
4120 BRIGHTON BLVD, UNIT B5
DENVER, CO 80216

COMCAST CORPORATION
1500 MARKET STREET
PHILADELPHIA, PA 19102

CONCENTRA
PO BOX 11020
DENVER, CO 80211-0020

CONLEY DC SOLUTIONS, INC
4570 COLUMBINE STREET
DENVER, CO 80216

CONSERVE-A-WATT LIGHTING, INC
720 VALLEJO
PO BOX 40279
DENVER, CO 80204

CONSOLIDATED ELECTRICAL DIST
PO BOX 9599
DENVER, CO 80209

CONSOLIDATED ELECTRIC MOTOR
SV
GARNETT HOLDING, INC , DBA
385 WEST 56TH AVE, UNIT B
DENVER, CO 80216

COPY VEND
1310 MADRID ST SUITE 101
MARSHALL, MN 56258-4002

COYNE TEXTILE SERVICES
PO BOX 200580
PITTSBURGH, PA 15251

COZZINI PRIME EDGE
24218 NETWORK PLACE
CHICAGO, IL 60673-1242

CP&D CUSTOM PROMOTIONS
PO BOX 333
SEDALIA, CO 80135-0333

CRACKER BARREL
OLD COUNTRY STORE
307 HARTMANN DRIVE
LEBANON, TN 37087

CROWN CREDIT COMPANY
PO BOX 640352
CINCINNATI, OH 45264-0352

CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI, OH 45264-1173

CRT REFRIGERATED
TRANSPORT/GEORGE
7964 CHASE CIRCLE #100
ARVADA, CO 80003

CRUM ELECTRIC
6260 N WASHINGTON UNIT 22
DENVER, Co 80216

CRYOVAC SEALED AIR
CORPORATION
PO BOX 91279
CHICAGO, IL 60693

CRYSTAL SPRINGS WATER
4170 TANNERS CREEK DR
FLOWERY BRANCH, GA 30542

CS GROUP, INC
CHILLER SERVICES
PO BOX 2071
LITTLETON, CO 80161-2071

CVI DIGITAL SOLUTIONS
6666 STAPLETON DRIVE
SOUTH DENVER, CO 80216

DAIRY ENGINEERING COMPANY
5786 N SHERIDAN BLVD
ARVADA, CO 80002

DARLING INTERNATIONAL, INC
PO BOX 615
DES MOINES, IA 50303-0615

DELINE BOX, CO
3700 LIMA ST
DENVER, CO 80239-3309

DELL MARKETING LP
C/O DELL USA LP

PO BOX 802816
CHICAGO, IL 60680-2816

DENNY'S CORPORATION
ATTN MARK GRAY, P-9-11
203 EAST MAIN ST
SPARTANBURG, SC 29319

DENVER MACHINE SHOP, INC
3280 DENARGO STREET
DENVER, CO 80216

DENVER MANAGER OF REVENUE
C/O DENVER MOTOR VEHICLE
4685 PEORIA ST
DENVER, CO 80239

DENVER WATER DEPT
PO BOX 173343
DENVER, CO 80217-3343

DENVER WATER DEPT
Attn: Legal Dept.
1600 West 12th Ave.
Denver, CO 80204-3412

DIVERSIFIED TRANSFER & STORAGE
1640 MONAD ROAD
BILLINGS, MT 59101-3200

DOCUMENT SOLUTIONS USA, LLC
8025 W COLFAX AVE
LAKEWOOD, CO 80214

DONELSON AC
1134 MURFEESBORO RD
NASHVILLE, TN 37217

DOUBLETREE HOTEL DENVER
3203 QUEBEC STREET
DENVER, CO 80207

DRAINS R US
5306 5 JERICHO ST
AURORA, CO 80015

E & M SALES
DISTRIBUTION CENTER
8152 SOUTHPARK LANE
LITTLETON, CO 80120

E-SCREEN
PO BOX 25902
OVERLAND PARK, KS 66225

EDS SUPPLY CO INC
711 SIXTH AVENUE SO
NASHVILLE, TN 37203

EKS&H
7979 E TUFTS AVE SUITE #400
DENVER, CO 80237

ELITE TRANSPORT REFRIGERATION,
INC
5451 LAYDEN STREET
COMMERCE CITY, CO 80022

ENTERPRISE RENT-A-CAR
PO BOX 402383
ATLANTA, GA 30384

ENTERPRISE RENT-A-CAR
7201 S FULTON ST
ENGLEWOOD, CO 80112

EQUIPMENT EXPRESS
PO BOX 317
HERMITAGE, TN 37076

EXCEL SPECIALTY PRODUCTS
212 MARIO DEL PERO RD
BOONEVILLE, AR 72927

EXECNET PROPERTIES, INC
5351 TENNYSON STREET SUITE 1-A
DENVER, CO 80212

EXPERT PIPING SUPPLY
3601 E 39TH AVENUE
DENVER, CO 80205

FASTENAL COMPANY
4895 JOLIET STREET
UNITS N & N
DENVER, CO 80239

FC STONE TRADING, LLC
1251 NW BRIARCLIFF PARKWAY
SUITE 800
N KANSAS CITY, MO 64116

FED EX
PO BOX 660481
DALLAS, TX 75266-0481

FIERO FLUID POWER
5280 WARD RD
ARVADA, CO 80002

FIFTH THIRD BANK
1225 17TH STREET, SUITE 1826
DENVER, CO 80202

FOOD SAFETY NET SVCS LTD
221 W RHAPSODY
SAN ANTONIO, TX 78216-0675

FOOD SERVICE ENABLERS, INC
4256 RIDGE LEA RD STE 100
AMHERTS, NY 14226

FORD CREDIT
PO BOX 790093
ST LOUIS, MO 63179-0093

Ford Motor Credit Company
PO Box 6275
Dearborn, MI 48121-6275

FOSS NORTH AMERICA
7682 EXECUTIVE DRIVE
EDEN PRAIRIE, MN 55314

G&K SERVICES
5100 RACE CT
DENVER, CO 80216-2135

G NEIL CORPORATION
PO BOX 451179
SUNRISE, FL 33345-1179

GARRISON COLD STORAGE, LLC
415 YUMA STREET
DENVER, CO 80204

GE CAPITAL
PO BOX 31001-0273
PASADENA, CA 91110-0273

GENERAL AIR SERVICE
1105 ZUNI ST
DENVER, CO 80204

Georgia Dept of Labor
Unemployment Insurance Division
148 Andrew Yong International Blvd
NE Suite 744
Atlanta, GA 30303

GEORGIA DEPT OF REVENUE
Bankruptcy Section
1800 Century Blvd NE, Suite 17200
ATLANTA, GA 30345

GRAINGER
DEPT 802846790
PO BOX 419267
KANSAS CITY, MO 64141-6267

GRAYBAR ELECTRIC COMPANY INC
POBOX 5897
DENVER, CO 80217

Greater Omaha Packing Co., Inc.
Ireland, Stapleton, Pryor & Pascoe, PC
1675 Broadway, Suite 2600
Denver, CO 80202

GREYDON, INC
204 ST CHARLES WAY UNIT 301E
YORK, PA 17402

GRIFFIN DOCK & DOOR SERVICES
INC
385 W 56TH AVE UNIT A
DENVER, CO 80216

GRIFFIN INDUSTRIES
PO BOX 530401
ATLANTA, GA 30353

GRIFFITH LABORATORIES USA INC
1 GRIFFITH CENTER
ALSIP, IL 60803

HAMILTON MACHINE COMPANY
464 WOODYCREST AVENUE
NASHVILLE, TN 37210

HANTOVER, INC
10301 HICKMAN MILLS DR STE 200
PO BOX 410646
KANSAS CITY, MO 64141

HARRIS ELECTRIC SUPPLY NAS
656 WEDGEWOOD AVE
NASHVILLE, TN 37203-5527

HARTFORD LIFE
STANFORD PLACE
8055 EAST TUFTS AVE, STE #1320
DENVER, CO 80237

HIGH COUNTRY MEATS
5140 RACE COURT UNIT #8
DENVER, CO 80216

HOME DEPOT CREDIT SERVICES
DEPT 32 – 2008719159
PO BOX 6029
THE LAKES, NV 88901-6029

HSM - STANLEY
HSM – STANLEY
8309 INNOVATION WAY
CHICAGO, IL 60682

HYDRAULIC ENERGY PRODUCTS INC
6800 STAPLETON DR SOUTH
DENVER, CO 80216

ICEBERG ENTERPRISES INC
PO BOX 17231
DENVER, CO 80217-0231

IFCO SYSTEMS
5699 DEXTER ST
COMMERCE CITY, CO 80022

INDUSTRIAL FIRE & SAFETY EQUIP
CO INC
608 ASH STREET
NASHVILLE, TN 37202

INDUSTRIAL RUBBER & GASKET
PO BOX 23116
NASHVILLE, TN 37202

Nissan Motor Acceptance Corporation
Loss Recovery
PO Box 660366
Dallas, TX 75266-0366

INSTITUTE FOR ENVIRONMENTAL
HEALTH INC
15300 BOTHELL WAY NE
LAKE FOREST PARK, WA 98155

INTERSOFT CORP
205 RESEARCH PARK DRIVE
TULLAHOMA, TN 37388

INTERSTATE PACKAGING
PO BOX 789
WHITE BLUFF, TN 37187

INTERSTATE WAREHOUSING
PO BOX 66543
INDIANAPOLIS, IN 46266-6543

Internal Revenue Service
Centralized Insolvency Operations

PO Box 7346
Philadelphia PA 19101-7346

JAX INC
W134 N5373 CAMPBELL DRIVE
MENOMONEE FALLS, WI 53051

JBS DISTRIBUTION
8001 E 88TH AVE
HENDERSON, CO 80640

JBS USA, INC
1770 PROMONTORY CIRCLE
GREELEY, CO 80634

JM Pacific
Attn: Joseph W. Henry
3900 E. Mexico #810
Denver, CO 80210-3927

JOBING COM
3550 NORTH CENTRAL AVE SUITE 910
PHOENIX, AZ 85012

JOHN R MORREALE, INC
216 N PEORIA
CHICAGO, IL 60607

JOHNSTONE SUPPLY
PO BOX 40605
2701 W 7TH AVE
DENVER, CO 80204-0605

JOOST INDUSTRIAL, INC
PO BOX 39514
DENVER, CO 80239-0514

KAISER PERMANENTE
2500 S HAVANA STREET
AURORA, CO 80014

KAMAN INDUSTRIAL TECHNOLOGIES
PO BOX 74566
CHICAGO, IL 60690-8566

KC CABLES
2900 50 SHOESHONE ST
ENGLEWOOD, CO 80110

KENNEDY ENTERPRISES, INC
4910 RENT-WORTH DRIVE
LINCOLN, NE 68516

KIRKPATRICK BROKERAGE CO
2534 18TH STREET
DENVER, CO 80211

KMH SYSTEMS, INC
181 INDUSTRIAL BLVD
LAVERGNE, TN 37086

KOCH EQUIPMENT LLC
1414 WEST 29TH STREET
KANSAS CITY, MO 64108

KODIAK CARTONERS
2550 5 EAST AVE , STE #101
FRESNO, CA 93706

LAB SAFETY SUPPLY
ACCT 0000953793
PO BOX 5004
JANESVILLE, WI 53547-5004

Labor and Workforce Development
Employment Security Division
Davy Crockett Tower, 11th Floor
500 James Robertson Pkwy
TN 37245-1200

LAN DS BERG
PO BOX 201813
DALLAS, TX 75320-1813

LEHRERS
3191 N 38TH AVE
DENVER, CO 80211

LENERTZ INDUSTRIAL SUPPLY CO
11475 E 53RD AVE, UNIT 200
DENVER, CO 80239

Linde Inc.
575 Mountain Ave.
PO Box 1047
New Providence, NJ 07974-0147

LIQUID ENVIRONMENTAL
SOLUTIONS OF TEXAS
1801 ROYAL LN#500
DALLAS, TX 75229

LOCK INSPEOTTO SYSTEMS
207 AUTHORITY DRIVE
FITCHBURG, MA 01420

MAGELLAN FREIGHT LINES, LLC
6211 E 42ND AVE
DENVER, CO 80216

Marlin Business Bank
2795 E. Cottonwood Pkwy
Salt Lake City, UT 84121-7032

MARATHON PRODUCTS, INC
PO BOX 4740
MODESTO, CA 95352

MAREL INC
8145 5 FLINT ST
LENEXA, KS 66214-3301

MARKEM- IMAJE
150 CONGRESS STREET
PO BOX 2100
KEENE, NH 03431

MARSH USA INC
P O BOX 44078
SAN FRANCISCO, CA 94144-4078

MARTEN TRANSPORT SERVICE LTD
129 MARTEN ST
MONDOVI, WI 54755

MCMASTER-CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO, IL 60680-7690

MECA
1401 W 47TH AVE
PO BOX 11023
DENVER, CO 80211

MESA ENVIRONMENTAL
7239 ERADBURN BLVD
DENVER, CO 80030

METAL SUPERMARKET
RALSTON METAL, LLC DBA
429 ENOS REED DR
NASHVILLE, TN 37210

Metro Water Service
Customer Service Center
1700 Third Ave N
Nashville, TN 37208-2248

Metropolitan Government Trustee
PO Box 195300
Nashville, TN 37219-6300

Metropolitan Trustee
Personality Tax Department
PO Box 305012
Nashville, TN 37230-5012

METTLER-TOLEDO HI SPEED, INC
5 BARR RD
ITHACA, NY 14850

METTLER-TOLEDO SAFELINE, INC
6005 BENJAMIN ROAD
TAMPA, FL 33634

MHC KENWORTH
PO BOX 17329
DENVER, CO 80217-0329

MIDWEST FREIGHT SERVICE
PO BOX 1802
COMMERCE CITY, CO 80037

MIDWEST INDUSTRIAL RUBBER, INC
10431 MIDWEST INDUSTRIAL DRIVE
ST LOUIS, MO 63132

MINOR & BROWN, PC
CHERRY CR PLZ II STE 1100
650 SOUTH CHERRY STREET
DENVER, CO 80246

MOTION INDUSTRIES
7003 E 47TH AVE DR UNIT A100
DENVER, CO 80216

MOUNTAIN & PLAINS VENDING
1676 5 ESPANA WAY
AURORA, CO 80017

MSC INDUSTRIAL SUPPLY CO INC
DEPT CH0075
PALENTINE, IL 60055-0075

MULTISOURCE MFG, LLC
DOUGLAS MFG & FORPAK DIVISIONS
11545 12TH AVESOUTH
BURNSVILLE, MN 55337

MULTIVAC, INC
11021 NW POMONA AVE
KANSAS CITY, MO 64153

NACM COLORADO
777 S WADSWORTH BLVD SUITE 1-100
LAKEWOOD, CO 80226

Nashville Electric Service
1214 Church St
Nashville, TN 37246-0003

NASHVILLE RUBBER & GASKET
PO BOX 110357
NASHVILLE, TN 37222

National Beef Packing Co., LLC
12200 North Ambassador Dr
Kansas City, MO 64163-1244

NATIONAL BENEFIT SERVICES, LLC
8523 SOUTH REDWOOD ROAD
West Jordan, UT 84088

NAVAJO
1400 WEST 64TH AVENUE
DENVER, CO 80221

Nebraska Dept of Revenue
Nebraska State Office Building
301 Centennial Mall South
PO Box 94818
Lincoln, NE 68509-4818

Nebraska Workforce Development
Dept of Labor Unemployment Insurance
PO Box 94600
Lincoln, NE 68509-4600

NET PAC
5000 5 41ST AVE UNIT B
DENVER, CO 80216

NES
Attn: Legal Department
1214 Church St.
Nashville, TN 37246-0001

Nevada Dept of Employment
Training & Rehabilitation
Employment Security Division
500 East Third Street
Carson City, NV 89713-0030

NEW BRUNSWICK INTERNATIONAL
420 APOLLO ST SUITE D
BREA, CA 92621

NEWLY WEDS FOODS
LOCK BOX 6327
CHICAGO, IL 60680

NIMAN RANCH INC
1600 HARBOR BAY PARKWAY SUITE 250
ALAMEDA, CA 94502

Office of Unemployment Compensation
Attn Employer Coding Unit, Tax Div
Room 908, Labor & Industry Bldg
Harrisburg, PA 17121

OLAHOMA EMPLOYMENT SECURITY COMMISSION
PO BOX 52003
OKLAHOMA CITY, OK 73152-2003

OKLAHOMA TAX COMMISSION
120 N Robinson, Suite 2000
Oklahoma City, OK 73102-7471

OMNICON TECHNICAL SALES
6893 JOYCE ST, STE A
ARVADA, CO 80007

PACKAGING CORPORATION OF AMERICA
5501 BRIGHTON BLVD
COMMERCE CITY, CO 80022

PACKAGING TECHNOLOGIES
807 WEST KIMBERLY ROAD
PO BOX 3848
DAVENPORT, IA 52808-3848

PALLET WAREHOUSE INC
1500 2ND AVENUE, SOUTH
NASHVILLE, TN 37210

PARAGON LABORATORIES INC
7777 DAVIE ROAD EXT SUITE 301 B
HOLLYWOOD, FL 33024

PENNSYLVANIA DEPT OF REVENUE
BUREAU OF BUSINESS TRUST FUND TAXES
EMPLOYER TAX DIVISION DEPT

280903
HARRISBURG, PA 17128-0903

PIECO INCORPORATED
PO BOX 86
16299 189TH ST
MANCHESTER, IA 52057

PIEDMONT NATURAL GAS
PO BOX 533500
ATLANTA, GA 30353-3500

PIEDMONT NATURAL GAS
Attn: Legal Department
2611 Greengate Dr.
Greensboro, NC 27406-5244

PIP OF TENNESSEE-DYNAMARK
486 CAVE RD
NASHVILLE, TN 37210

PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042

PRATT INDUSTRIES USA
221 HWY 45 WEST
HUMBOLDT, TN 38343

PREFERRED BEEF GROUP
PO BOX 290
BOOKER, TX 79005

PRESTO
PO BOX 2578
OMAHA, NE 68103-2578

PRIME LABEL CONSULTANTS, INC
PO BOX 15240
536 7TH ST SE
WASHINGTON, DC 20003

PRIME SALES & MARKETING INC
10301 2ND STREET NW
ALBUQUERQUE, NM 87114-2207

PRIMESOURCE STAFFING
400 S COLORADO BLVD, #400
DENVER, CO 80246

PRO PALLET INC
920 E COLLINS
EATON, CO 80615

PROCUREMENT STRATEGIES INC
1460 OXFORD ROAD
DES PLAINES, IL 60018

PROFORMA PALONE & ASSOCIATES
5804 COLE WAY
ARVADA, CO 80004

PROVISUR TECH/FORMAX INC
9150 191ST STREET
MOKENA, IL 60448

PURE WATER WORKS & COFFEE CO
PURE TECHNOLOGIES GROUP, INC
DBA
1279 5 CHEROKEE ST
DENVER, CO 80223

QDS COMMUNICATIONS, INC
15552 E FREMONT DR, UNIT A101
CENTENNIAL, CO 80112

QVEST, LLC
RR1 BOX 81D
GOODWELL, OK 73939

QWEST
PO BOX 52124
PHOENIX, AZ 85072

QWEST BUSINESS SERVICES
PO BOX 856169
LOUISVILLE, KY 40285

QWEST COMMUNICATIONS
DENVER, CO 80244-0001

REDEX, LLC
PO BOX 643915
PITTSBURGH, PA 15264-3915

REFRIGIWEAR INC
PO BOX 39
DAHLONEGA, GA 30533-0039

RELIANT DRY ICE LTD
1751 E 58TH AVE UNIT E
DENVER, CO 80216

RELIANT GASES, LTD
300 N MARIENFELD, STE 600
MIDLAND, TX 79701

RESIDUE RESCUE / NEIL H DOBYNS
PO BOX 100467
NASHVILLE, TN 37224

REX OIL COMPANY
5671 TEJON ST
PO BOX 211098
DENVER, CO 80221-0396

REXEL RYALL ELECTRIC SUPPLY CO
2627 WEST 6TH AVE
DENVER, CO 80204

RJ YOUNG
809 DIVISION ST
PO BOX 40623
NASHVILLE, TN 37204

RMF STEEL PRODUCTS
4417 E 119TH STREET
GRANDVIEW, MO 64030

ROBERT PALMER COMPANY
2498 SOUTH TEJON
ENGLEWOOD, CO 80110

ROBERT REISER & CO, INC
PO BOX 33001
NEWORK, NJ 07188-0001

ROCKY MOUNTAIN ADHESIVES
200 S WILCOX STREET
CASTLE ROCK, CO 08010

ROCKY MOUNTAIN RESERVE
1221 W MINERAL AVE, SUITE 202
LITTLETON, CO 80120

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110-2624

ROSS INDUSTRIES
5321 MIDLAND ROAD
MIDLAND, VA 22728-2135

ROYCE INDUSTRIES, LC
CLEANING SYSTEMS
1450 ALLISON ST
LAKEWOOD, CO 80214

RSC EQUIPMENT RENTAL
6929 E GREENWAY PKWY SUITE 200
SCOTTSDALE, AZ 85254

RYERSON
6600 HIGHWAY 85
COMMERCE CITY, CO 80022

SCHWARZ PARTNERS PACKAGING
DBA DALTON BOX, EA TN BOX,
NASHVILLE PKG
612 CALLAHAN RD
DALTON, GA 30721

Security and Exchange Commission
Denver Regional Office
Donald Hoerl, Regional Director
1801 California Street, Suite 1500
Denver, CO 80202-2656

SENSITECH, INC
800 CUMMINGS CENTER
SUITE 258X
BEVERLY, MA 01915

SHEPHERD ENTERPRISES, LTD
PO BOX 249
COMMERCE CITY, CO 80037

SOURCE MANAGEMENT, INC
13350 W 43RD DRIVE
WHEAT RIDGE, CO 80403

SOUTHEASTERN FREIGHT LINES
PO BOX 100104
COLUMBIA, SC 29202-3104

SPARKS AUTOMATED SOLUTIONS
3800 STAHL DRIVE
GRAND RAPIDS, MI 49546

SPECO INC
3946 WILLOW RD
SCHILLER PARK, IL 60176

SPEEDCO, INC
703 W PARK ST
PO BOX 520
CAYUGA, IN 47928

STANDARD SECURITY LIFE
INSURANCE CO
485 MADISON AVE 14TH FLOOR
NEW YORK, NY 10022-5872

STAPLES ADVANTAGE
DEPT ATL
500 STAPLES DRIVE
FRAMINGHAM, MA 01702

STATE OF TENN-DEPT OF LABOR
WORKFORCE
BOILER AND ELEVATOR DIVISION
710 JAMES ROBERTSON PKWY, 3RD
FLOOR
NASHVILLE, TN 37243

STEINHOUSE SUPPLY CO INC
PO BOX 100259
NASHVILLE, TN 37224-0259

STEPHEN GOULD
35 SOUTH JEFFERSON ROAD
WHIPPANY, NJ 07981

STERITECH
7600 LITTLE AVENUE
CHARLOTTE, NC 28226

STEVE MANNING
10248 WEST GABTA PL
LAS VEGAS, NV 89134

STILLMAN MEAT CO
PO BOX 16791
DENVER, CO 80216

STUART CIRBY CO
815 SOUTH STATE STREET
JACKSON, MS 39201

SYSTEM SCALE CORPORATION
332 HILL AVENUE
NASHVILLE, TN 37210

T MARZETTI COMPANY
DEPT L-818
COLUMBUS, OH 43260

Team Packaging Inc.
4744 Forest St., Unit E
Denver, CO 80216-3207

TECHNICAL MARKETING MFG INC
5000 ROBB STREET
BLDG 3, STE A
WHEATRIDGE, CO 80033

TEMPERATURE CONTROLLED
EXPRESS
PO BOX 110306
NASHVILLE, TN 37222

TEMPLE- INLAND
1300 5 MOPAC EXPRESSWAY
AUSTIN, TX 78746

TENNESSEE ELECTRIC MOTOR CO
408 - 6TH AVE SO
PO BOX 22839
NASHVILLE, TN 37202

TERPERATURE CONTROLLED
PO BOX 110306
NASHVILLE, TN 37222

THE ETTLINGER CORPORATION
175 OLDE HALF DAY ROAD
LINCOLNSHIRE, IL 60069

TIMBAR PACKAGING & DISPLAY
PO BOX 933916
ATLANTA, GA 31193-3916

TIME LOGISTICS GC, LLC
115 DYER ST STE #2
COLUMBIA, TN 38401

TIME PAYMENT CORP
16 New England Executive Park, Suite 200
Burlington, MA 01803

TONY DEL NANO
8200 VAN BUREN DRIVE
PITTSBURGH, PA 15237

TOTAL FILTRATION SERVICES, INC
2725 COMMERCE PARKWAY
AUBURN HILL, MI 48326

TOTAL QUALITY LOGISTICS
1701 EDISON DRIVE
MILFORD, OH 45150

TRUGREEN
PO BOX 777
WHEAT RIDGE, CO 80034

UNI SOURCE
12601 EA 38TH AVE
PO BOX 39250
DENVER, CO 80239

UNITED HEALTH CARE INSURANCE
CO
DEPT CH 10151
PALANTINE, IL 60055-0151

UNIVERSAL SANITARY PRODUCTS
102 8TH STREET HWY 30
GOTHENBURG, NE 69138

UPS
UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

URNER BARRY PUBLICATIONS, INC
PO BOX 389
TOMS RIVER, NJ 08754-0389

URSCHEL LABORATORIES INC
2503 CALUMET AVENUE
PO BOX 2200
VALPARAISO, IN 46384-2200

US Bancorp
1310 Madrid St., Suite 101
Marshall, MN 56258-4002

USDA FOOD SAFETY & INSPECT SRV
PO BOX 979001
ST LOUIS, MO 63197-9000

Varilease Finance Inc.
6340 South 3000 East, Suite 400
Salt Lake City, UT 84121-5572

VERIZON WIRELESS
PO BOX 4001
INGLEWOOD, CA 90313

VIDEOJET TECHNOLOGIES INC
ATT ACCT RECEIVABLE
12113 COLLECTION CTR DR
CHICAGO, IL 60693

VISION SERVICE PLAN - CO
PO BOX 60000

FILE #73280
SAN FRANCISCO, CA 94160-3280

VOLUNTEER HOSE & GASKET, INC
PO BOX 101505
NASHVILLE, TN 37224

VOLUNTEER WELDING
815 5TH AVE SO
PO BOX 25007
NASHVILLE, TN 37202

W W Grainger Inc.
Attn: Special Collections Dept.
MES17802846790
7300 N. Melvina
Niles, IL 60714-3906

WARNEKE PAPER BOX COMPANY
4500 JOLIET STREET
DENVER, CO 80239

WARREN ANALYTICAL
LABORATORY
650 O STREET
GREELEY, CO 80631

WASTE MANAGEMENT
1428 ANTIOCH PIKE
ANTIOCH, TN 37013

WASTE MANAGEMENT OF DENVER
REMIT TO PHOENIX, AZ
PO BOX 1238
ENGLEWOOD, CO 80150

WAYPOINT LOGISTICS, LLC
415 YUMA STREET
DENVER, CO 80204

WAZEE COMPANIES, LLC
2020 W BARBERRY PLACE
DENVER, CO 80204-3892

WEINSTEIN WHOLESALE MEATS, INC
7501 INDUSTRIAL DRIVE
FOREST PARK, IL 60130

Wells Fargo Bank, N.A.
300 Tri-State International Ste 400
Lincolnshire, IL 60069-4417

WELLS FARGO EQUIPMENT FINANCE
EQUIP LEASE
21087 ROAD 24
FORT MORGAN, CO 80701

WEST RIM CAPITAL
3098 EXECUTIVE PARKWAY SUITE 200
LEHI, UT 84043

WESTERN BELTING CO
3037 E 42ND AVE
PO BOX 5587
DENVER, CO 80216

WESTERN FLEET SERVICES, INC
15600 E 19TH AVE, UNIT C
AURORA, CO 80011

WESTERN STORAGE AND HANDLING,
INC
2805 SOUTH RARITAN STREET
ENGLEWOOD, CO 80110

WHISLER BEARING CO
4975 COLORADO BLVD
DENVER, CO 80216

WIREBELT CO OF AMERICA
154 HARVEY RD
LONDONDERRY, NH 03053

WOLVERINE PACKING CO
2535 Revard St
Detroit, MI 48207

WP CAREY
50 ROCKEFELLER PLAZA 2ND FLOOR
NEW YORK, NY 10020

WYNECO TRANSPORTATION
8793 E PHILLIPS PL
CENTENNIAL, CO 80112

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477

Xcel Energy
Attn: Legal Department
1560 Broadway, 2090
1 Civic Center Plaza
Denver, CO 80202

XL Foods Lakeside Packers, Inc.
c/o Paul Slater
PO Box 2181
Brooks, AB Canada

XL MEATS
5101 - 11 ST SE
CALGARY, AB T3H 1M7

XTRA COMPANIES, INC
1801 PARK 270 DRIVE STE 400
ST LOUIS, MO 63146

MCMC HOLDING COMPANY, INC
5905 E 42ND AVENUE
DENVER CO 80216-0000

BGA MANAGEMENT, LLC
d/b/a ALLIANCE MANAGEMENT
c/o ALEX G SMITH
1400 SIXTEENTH STREET
MARKET SQUARE CENTER, SUITE 400
DENVER, CO 80202

SANKATY CREDIT OPPORTUNIST LP
JOHN HANCOCK TOWER
200 CLARENDON STREET
BOSTON, MA  2118

RGIP LLC
ONE INTERNATIONAL PLACE

BOSTON, MA  02110-2624

SORENSON CAPITAL PARTNERS LP
3400 N ASHTON BLVD, SUITE 400
LEHI, UT  84045

WEST RIM CAPITAL INVESTMENT
PARTNERS LP
3400 N ASHTON BLVD, SUITE 400
LEHI, UT  84045

WEST RIM SPECIAL INVESTORS LLC
3400 N ASHTON BLVD, SUITE 400
LEHI, UT  84045

WEST RIM SPECIAL INVESTORS B LLC
3400 N ASHTON BLVD, SUITE 400
LEHI, UT  84045

PRINCETON FUND, LLC
1777 SOUTH HARRISON STREET
SUITE P-307
DENVER, CO  80210

PAIN ENTERPRISES INC-AIRGAS
2530 SEVER ROAD SUITE 300
LAWRENCEVILLE, GA, 30043

PITNEY BOWES GLOBAL FINANCIAL
SERVICES, LLC
27 WATERVIEW DRIVE
SHELTON, CT  6484

NOVAMARK, INC
4265 E FM 1187
BURLESON, TX 76028

U S Bank, NA
Attn: Sherry Hoss
Mail Station:  DN-CO-T7CS
950 17th Street, 7th Floor
Denver, CO 80202

Regions Bank
729 Thompson Lane
Nashville, TN 37204

Alison Goldenberg
U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202

John B. Wasserman
Sender & Wasserman, P.C.
1660 Lincoln St., Suite 2200
Denver, CO 80264

James T. Markus
John F. Young
Markus Williams Young & Zimmermann,
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Elizabeth A. Flaagan
Faegre & Benson LLP
1700 Lincoln St., Suite 3200
Denver, CO 80203

William A. Richey
Jeffrey A. Weinman
Weinman & Associates, P.C.
730 17th Street, Suite 240
Denver, CO 80202-3506

Brent R. Cohen
Rothgerber Johnson & Lyons, LLP
One Tabor Center
1200 17th Street, Suite 3000
Denver, CO 80202-5855

Gil Geldreich
Tennessee Department of Labor &
Workforce Dev-Boiler/Elevator Div.
PO Box 20207
Nashville, Tennessee 37202-0207

John C. Smiley
Harold G. Morris, Jr.
Lindquist & Vennum P.L.L.P.
600 17th Street, Suite 1800 South
Denver, CO 80202-5441

Darrell G. Waas
Patricia C. Campbell
Waas Campbell Rivera Johnson &
Velasquez LLP
1350 Seventeenth St., Suite 450
Denver, CO 80202

Kimberly H. Tyson
Ireland, Stapleton, Pryor & Pascoe, PC
1675 Broadway, Suite 2600
Denver, CO 80202

Joshua W. Wolfshohl
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002

Air Liquide Industrial U.S. LP
2700 Post Oak Boulevard
Houston, Texas 77056
Attention: Gwendolyn Young Smithheart

Joel Laufer
5290 DTC Parkway, Suite 150
Englewood, CO 80111

A. Todd Darwin
PO Drawer 1897
Spartanburg, SC 29304

Andrew E. Schwartz
Alan J. Lipkin
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Christopher J. Redmond
Christopher Miles
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Milnor H. Senior, III
Holme Robert & Owens
1700 Lincoln St. , Ste. 4100
Denver, CO 80203-4541

Howard S. Sher
Michele L. Walton
2301 W. Big Beaver Rd., Suite 777
Troy, MI 48084-3330

David T. Brennan
950 17th Street, Suite 1600
Denver, CO 80202

Robert G Hanseman
1900 Kettering Tower
Dayton, OH 45402

ARNOLD, DANNY
176 COBLE ROAD
SHELBYVILLE TN 37160

BALDWIN, JEFFREY
135 BIRKDALE CT
ALPHARETTA GA 30022

BERNKOPF, DANIEL
1990 YORK LANE
HIGHLAND PARK IL 60035

BULLEN, ANTHONY
3761 ZENOBIA ST
DENVER CO 80212

BROWN, MONROE
102 TATE COURT
SPRING HILL TN 37174

CASTANEDA, GABE
4535 FAIRWAY LANE
BROOMFIELD CO 80023

DAVIS, JONATHAN
2604 PALAMINO COURT
THOMPSON STATION TN 37179

DEL NANO, ANTHONY
8200 VAN BUREN DRIVE
PITTSBURGH PA 15237

DODSON, JERRY L
472 GOLDEN LANE
LONGMONT CO 80504

EMERY, KRISTIAN
7604 INGALLS ST
ARVADA CO 80003

GLUECK, LAWRENCE
4866 W 113TH AVE
WESTMINSTER CO 80031

HEMMING, LAURA
8424 OAK WAY
ARVADA CO 80005

KREBS, GLORIA
3320 QUAY ST
WHEAT RIDGE CO 80033

MANNING, STEVE
10248 W. GAETA PLACE
LAS VEGAS NV 89134

MARK, STEVEN
11621 W. LAYTON DR.
MORRISON CO 80465

MEANS, MELISSA
9674 JOPLIN ST
COMMERCE CITY CO 80022

MILLER, CATHERINE
PO BOX 1080
OWASSO OK 74055

PILLEN, ANDERSON
106 HOLLYWOOD HILLS DR
COLUMBIA TN 38401

ROCHA, DEBBIE
2133B CORONADO PARKWAY N
THORNTON CO 80229

ROMERO CHICAS, JOSE V
1150 SYRACUSE ST APT 12-223

DENVER CO 80220

SARMIENTOS, MARIO
623 S. 2ND AVE
BRIGHTON CO 80601

SENGALOUNE, BOONE
12442 E 106TH PL
COMMERCE CITY CO 80022

SPENCER, JANET
9451 WELBY ROAD UNIT 1221
THORNTON CO 80229

STELMACH, DANIEL
81 YARROW TRAIL
EVERGREEN CO 80439

THOMAS, TINA
895 KRAMERIA
DENVER CO 80220

TRUMP, AMY
810 BRISTOL DRIVE
SMYRNA TN 37167

VALLEJOS, RICHARD
4965 SAINT PAUL ST
DENVER CO 80216

VILLARREAL, JOE
2055 HWY 41 SOUTH E-23
GREENBRIER TN 37073

VILLARREAL, SALVADOR
1960 COLUMBINE ST
DENVER CO 80210

WAGNER, HEIDI
2193 ARAPAHOE ST #11
DENVER CO 80205

WATKINS, J. MICHAEL
9240 YUCCA WAY
THORNTON CO 80229

WILLIAMS, JOHN
16838 E GUNNISON DR
AURORA CO 80017

WOOLERY, VICTORIA
9859 SILVER MAPLE ROAD
HIGHLANDS RANCH CO 80129