## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | |
| | Bankruptcy Case Nos. 11-29209-HRT, 11-32656-HRT |
| MOUNTAIN CITY MEAT CO., INC. | |
| Debtor. | Jointly Administered Voluntary and Contested Involuntary Cases under Case No. 11-32656-HRT |
| | Chapter 11 |

## NOTICE OF NO AUCTION

PLEASE TAKE NOTICE that no Qualified Bidder[1] other than the Stalking Horse Bidder submitted a bid for the Debtor's Assets by the Bid Deadline.

PLEASE TAKE FURTHER NOTICE that pursuant to the bid procedures incorporated into the Order Approving Bid Procedures, (Dkt. # 96), the Auction currently scheduled for October 19, 2011, at 10:00 a.m. prevailing Mountain Time will not be held.

DATED: October 18, 2011.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*s/Heather E. Schell*

Michael J. Pankow, #21212
Daniel J. Garfield, #26054
Heather E. Schell, #38931
410 17th Street, Suite 2200
Denver, Colorado  80202
Tel:  (303) 223-1100
Fax:  (303) 223-1111
mpankow@bhfs.com
dgarfield@bhfs.com
hschell@bhfs.com

*Attorneys for the Debtor*

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the bid procedures attached to the Bid Procedures Order as Exhibit 1.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2011, a true and correct copy of the **NOTICE OF NO AUCTION** was served via U.S. Mail, postage pre-paid, and properly addressed to the following:

Alison Goldenberg
U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202

John B. Wasserman
Sender & Wasserman, P.C.
1660 Lincoln St., Suite 2200
Denver, CO 80264

James T. Markus
John F. Young
Markus Williams Young & Zimmermann,
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Elizabeth A. Flaagan
Faegre & Benson LLP
1700 Lincoln St., Suite 3200
Denver, CO 80203

William A. Richey
Jeffrey A. Weinman
Weinman & Associates, P.C.
730 17th Street, Suite 240
Denver, CO 80202-3506

Brent R. Cohen
Rothgerber Johnson & Lyons, LLP
One Tabor Center
1200 17th Street, Suite 3000
Denver, CO 80202-5855

Gil Geldreich
Tennessee Department of Labor &
Workforce Dev-Boiler/Elevator Div.
PO Box 20207
Nashville, Tennessee 37202-0207

John C. Smiley, #16210
Harold L. Morris, Jr.
Lindquist & Vennum P.L.L.P.
600 17th Street, Suite 1800 South
Denver, CO 80202-5441

Darrell G. Waas
Patricia C. Campbell
Waas Campbell Rivera Johnson &
Velasquez LLP
1350 Seventeenth St., Suite 450
Denver, CO 80202

Kimberly H. Tyson
Ireland, Stapleton, Pryor & Pascoe, PC
1675 Broadway, Suite 2600
Denver, CO 80202

Joshua W. Wolfshohl
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002

Air Liquide Industrial U.S. LP
2700 Post Oak Boulevard
Houston, Texas 77056
Attention: Gwendolyn Young Smithheart

Joel Laufer
5290 DTC Parkway, Suite 150
Englewood, CO 80111

A. Todd Darwin
PO Drawer 1897
Spartanburg, SC 29304

Andrew E. Schwartz
Alan J. Lipkin
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Christopher J. Redmond
Christopher Miles
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Milnor H. Senior, III
Holme Robert & Owens
1700 Lincoln St. , Ste. 4100
Denver, CO 80203-4541

Howard S. Sher
Michele L. Walton
2301 W. Big Beaver Rd., Suite 777
Troy, MI 48084-3330

David T. Brennan
950 17th Street, Suite 1600
Denver, CO 80202

Robert G Hanseman
1900 Kettering Tower
Dayton, OH 45402

*s/Connie Windholz*
Connie Windholz, Paralegal