UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

| | |
|---|---|
| Date:   October 21, 2011 | HONORABLE HOWARD TALLMAN, Presiding |

| | | | |
|---|---|---|---|
| In re:   Mountain City Meat Co., Inc. | | Debtor | Bankruptcy Case Nos. 11-29209-HRT (contested involuntary) and 1 l-32656-HRT (voluntary) |
| | | | Jointly Administered under Case No. 11-32656-HRT Chapter 11 |

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Michael Pankow, Daniel Garfield |
| Creditor | Orleans International, Inc. | Counsel | Harvey Sender |
| Creditor | National Beef Packing, Inc. | Counsel | Harvey Sender |
| Creditor | XL Foods Lakeside Packers, Inc. | Counsel | Harvey Sender |
| Creditor | Unsecured Creditors' Committee | Counsel | J. Smiley |
| Creditor | Fifth Third Bank | Counsel | John Young, Jim Markus |
| Creditor | MCM (TN), MOUNTCM (CO) | Counsel | Thomas Macdonald |
| Creditor | Team Packaging, Inc. | Counsel | William A. Richey |
| Int. Party | MCM Acquisition Co. | Counsel | Adam Reich (by phone) |
| Creditor | Central Beef Ind. LLC | Counsel | Milnor Senior |

Proceedings:        [X] **Evidentiary Hearing**        [ ] **Non-evidentiary Hearing**

(1) Evidentiary hearing on approval of the sale of substantially all of the Debtor's assets, including Notice Re: Amended and Restated Final Stalking Horse Agreement (docket #121); Notice Re: Order Approving Bid Procedures; Objections to the Sale Due: October 19, 2011 (docket #99); Order Approving Bid Procedures (docket #96); Motion to Approve Bid Procedures (docket #15);

(2) Final Hearing on the following "first day" motions: Motion to Sell Meat Inventory (docket #8), Motion to Use Cash Collateral (docket #9), Motion to Assume Engagement Agreement (docket #10), Motion for Turnover (docket #11), Motion For Continuation of Utility Service Under Section 366(b) (docket #12), Motion to Set Bar Date (docket #13), Motion For Order Authorizing The Maintenance Of Existing Bank Accounts (docket #14), Application to Employ (docket #16), and Motion for Joint Administration (docket #23);

(3) Status Conference in the following matters filed in case number 11-29209-HRT:
   (a) Emergency Motion For Turnover Of Meat (docket #42) filed by Central Beef Ind. LLC; and
   (b) Fifth Third Bank's Emergency Motion to Annul the Automatic Stay, Excuse Turnover and Request for Forthwith Hearing to Consider Interim Relief (docket #4)

[X]    The Debtor presented an offer of proof, and the parties presented argument to the Court.

Orders:

[X]   For the reasons stated on the record, the Court will approve the sale of substantially all of the Debtor's assets by separate order.  Counsel must submit a revised, proposed order to the Court by email.

[X]   For the reasons stated on the record, the Court will approve the Motion to Use Cash Collateral by separate order.  Counsel must submit a revised, proposed order to the Court by email.

[X]   The Court will enter separate orders granting all remaining "first day" motions for which certificates of non-contested matter have been filed.

[X]   The Emergency Motion For Turnover Of Meat (docket #42 in case no. 11-29209 HRT) filed by Central Beef Ind. LLC is HELD IN ABEYANCE pending further order of the Court; and

[X]   Fifth Third Bank's Emergency Motion to Annul the Automatic Stay, Excuse Turnover and Request for Forthwith Hearing to Consider Interim Relief (docket #4 in case no. 11-29209 HRT) is DEEMED MOOT.

---

Date:   October 21, 2011

FOR THE COURT:
*Bradford L. Bolton, Clerk of the Bankruptcy Court*

By:   ___/s/ K. Lane Cutler___
         Judicial Law Clerk